IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 18-39 RGA |
| | ) | |
| MELISSA EDGE, | ) | |
| Defendant. | ) | |

## MOTION FOR REVOCATION OF RELEASE ORDER

NOW COMES the United States of America, by and through its undersigned attorney, and pursuant to 18 U.S.C. Sections 3145(a) and 3148 requests the Court to revoke its Order of Release and to order the defendant's detention pending trial.   In support of this motion, the United States submits as follows:

1.   On May 15, 2018, this Court released the defendant on conditions of bail that included a prohibition on the use of controlled substances.

2.   On July 31, 2018, USPO Amie K. Docherty advised the Court that the defendant admittedly used heroin on July 27, 2018.

3.   The defendant is summons to appear before Chief Magistrate Judge Mary Pat Thynge on Thursday, August 2, 2018, at 1:00 p.m.

4.   "If a person is ordered released by a magistrate judge … the attorney for the Government may file … a motion for the revocation of the order or amendment of the conditions of release."   18 U.S.C. 3145(a)(1).

5.   "The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer … finds there is…clear and convincing evidence that the person has violated

[a] condition of release ... and ... finds that ...the person is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. 3148(b)(1)(B) and (2)(B).

WHEREFORE, the United States requests this Court to revoke the ORDER SETTING CONDITIONS OF RELEASE and enter an order of detention pending trial.

> DAVID C. WEISS
> United States Attorney

Dated: August 1, 2018

> By: /s/ Edmond Falgowski
> Edmond Falgowski
> Assistant United States Attorney